# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN PAUL SPEIDEL,   )
                       )
    Petitioner,    )   3:09-cv-00090-LRH-VPC
                       )
vs.                    )   ORDER
                       )
JACK PALMER, *et al.*, )
                       )
    Respondents.   )
_____/

    Respondents have filed a motion for an extension of time in which to file an answer/ responsive pleading to the petition for a writ of habeas corpus. (Docket #6). Respondents seek a 30-day enlargement of time, up to and including June 10, 2009, to file an answer or other responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer or responsive pleading (Docket #6) is **GRANTED.** The answer/responsive pleading shall be filed on or before **June 10, 2009.**

    DATED this 12th day of May, 2009.

                                                                LARRY R. HICKS
                                                              UNITED STATES DISTRICT JUDGE