AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

STEVEN PAUL SPEIDEL,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER: **3:09-CV-00090-LRH-VPC**

JACK PALMER, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss (Dkt. #8) is GRANTED on grounds that the entire petition is unexhausted.


  11/12/2009                               **LANCE S. WILSON**
                                                            Clerk

                                                        /s/ P. McDonald
                                                        Deputy Clerk